**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 8, 2022

**VIA E-MAIL & ECF**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy   6-8-2022

Re:   *United States v. Michael Eisenberg*, 22 Mag. 1043 (S.D.N.Y.)

Dear Judge McCarthy:

We write jointly and respectfully to request the temporary appointment of Elizabeth Quinn, Esq., as counsel for the defendant for the limited purpose of transmitting the defendant's consent for a fifth order of continuance.

On or about February 2, 2022, the defendant was arrested in connection with a complaint charging violations of 18 U.S.C. § 2252A, presented on the same day before Your Honor, and detained. Since his initial presentment, the defendant has consented through his counsel of record, David I. Goldstein, to four prior orders of continuance while the defense prepares a mitigation submission and pursues a pretrial disposition. On June 7, 2022, the undersigned learned of the recent passing of Mr. Goldstein. On the same date, Ms. Quinn spoke by telephone with the defendant, who consented to being represented by Ms. Quinn for the purposes of transmitting his consent for a fifth order of continuance while the defendant secures new counsel and continues to pursue a pretrial disposition. Accordingly, the parties respectfully request the temporary appointment of Elizabeth Quinn, Esq. as counsel for the defendant for the limited purpose of transmitting the defendant's consent for a fifth order of continuance. The Government's application for a fifth order of continuance is being filed under separate cover.

Respectfully submitted,

*Counsel for Michael Eisenberg*
(appointment pending)

/s/ Elizabeth Quinn
Elizabeth Quinn, Esq.
Federal Defender Services of New York, Inc.
Tel: (914) 428-7124

DAMIAN WILLIAMS
United States Attorney

By: /s/ Qais Ghafary
Qais Ghafary
Assistant United States Attorney
Tel: (914) 993-1930